# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# MCALLEN DIVISION

| | | |
|---|---|---|
| **ROBERTO MONTES BURGOS,**<br>    Plaintiff,<br><br>v.<br><br>**GREAT LAKES REINSURANCE (U.K.) SE, DEMIAN J. KOLB, BRUSH COUNTRY CLAIMS, LTD, MCCLELLAND AND HINE, INC., AND, SANDRA ZAMORA INSURANCE AGENCY, LLC**<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CIVIL ACTION NO. 7:17-cv-284** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Roberto Montes Burgos and Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (U.K.) SE), hereby notify the Court that they have reached an agreement to resolve this matter and are finalizing the settlement. The settlement documents to be executed call for the filing of a joint stipulation of dismissal with prejudice upon execution of the settlement documents by the parties, which will dispose of this case in its entirety.

To preserve judicial economy, the parties request that the Court remove this case from the trial docket and abate the remaining deadlines while the parties finalize the pertinent settlement and dismissal papers.

Respectfully submitted,

By:   */s/ Tiye Foley*
**Eddy De Los Santos**
Attorney in Charge
Texas Bar No. 24040790; Federal ID No. 602417
**Valerie Henderson**
Texas Bar No. 24078655; Federal ID No. 1392550
**Tiye T. Foley**
Texas Bar No.: 24088874; Federal ID No. 2192852
**BAKER, DONELSON, BEARMAN,**

**CALDWELL & BERKOWITZ, P.C.**
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700
Facsimile: (713) 6560-9701
edelossantos@bakerdonelson.com
vhenderson@bakerdonelson.com
tfoley@bakerdonelson.com
*Attorneys for Defendant*

-AND-

By:    */s/ Eric Quiroz*
**Douglas E. Pennebaker**
Attorney in Charge
Texas Bar No. 00788178; Federal ID No. 23238
**Eric A. Quiroz**
Texas Bar No. 24090921; Federal ID No. 2705110
**PENNEBAKER LAW FIRM**
A Professional Corporation
1045 Cheever Blvd., Suite 103
San Antonio, Texas 78217
Telephone: (210) 562-2888
Facsimile: (210) 562-2880
doug@pennebakerlaw.com
eric@pennebakerlaw.com

-AND-

Willie McAllen, *Of Counsel*
State Bare No. 24047468
Michael R. De Leon, *Of Counsel*
State Bar No. 24055389
*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing document has been served upon all counsel of record listed below pursuant to Federal Rules of Civil Procedure on this the 9th day of May, 2018.

  Douglas E. Pennebaker
  Willie McAllen
  Michael R. De Leon
  Eric Quiroz
  PENNEBAKER LAW FIRM
  1045 Cheever Blvd., Suite 103
  San Antonio, Texas 78217
  Doug@pennebakerlaw.com

          *s/ Tiye Foley*
          Tiye Foley