United States District Court
Southern District of Texas
**ENTERED**
June 01, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROBERTO MONTES BURGOS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:17-CV-284 |
| | § | |
| GREAT LAKES REINSURANCE (U.K.) | § | |
| SE, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Came on to be considered this day the *Joint Stipulation of Dismissal with Prejudice* ("Stipulation of Dismissal") filed in this cause by Plaintiff Roberto Montes Burgos and Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (U.K.) SE). After considering said Stipulation of Dismissal and the agreement of the parties expressed therein, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the entirety of Plaintiff's claims against Defendant Great Lakes Insurance SE (formerly known as Great Lakes Reinsurance (U.K.) SE) are hereby dismissed with prejudice. Costs are taxed against the party incurring same.

SO ORDERED this 1st day of June, 2018, at McAllen, Texas.

Randy Crane
United States District Judge